Danny Yadidsion, Esq. (SBN 260282)
Shelley K. Mack, Esq. (SBN 209596)
**LABOR LAW PC**
100 Wilshire Blvd., Suite 700
Santa Monica, CA 90401
Tel: (310) 494-6082
danny@laborlawpc.com
shelley.mack@laborlawpc.com

Attorneys for Plaintiff
AMY LADIK

Collin D. Cook, Esq. (SBN 251606)
Scarlett Lopez Freeman (SBN 335858)
**FISHER & PHILLIPS LLP**
One Montgomery St., Ste. 3400
San Francisco, CA 94104
Tel: (415) 490-9000
ccook@fisherphillips.com
slfreeman@fisherphillips.com

Attorneys for Defendant
HARD ROCK INTERNATIONAL (USA), INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY LADIK, an individual, | Case No. 4:24-cv-03174-DMR |
| Plaintiff, | [*Super. Ct. of the State of California, County of San Francisco Case No. CGC-24-614122*] |
| vs. | |
| HARD ROCK INTERNATIONAL (USA), INC., a Florida corporation; HARD ROCK CAFÉ AMERICA (SAN FRANCISCO), LP, a Delaware limited partnership; TOM MORALES, an individual; and DOES 1-50, inclusive, | **JOINT STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE; ORDER (AS MODIFIED)** |
| | Scheduling Conf.: October 30, 2024 |
| | Time: 1:30 p.m. |
| | Courtroom: 4 |
| | Judge: Hon. Donna M. Ryu |
| Defendants. | Complaint Filed: April 22, 2024 |
| | Removal Date: May 24, 2024 |

Plaintiff Amy Ladik ("Plaintiff") and Defendant Hard Rock International (USA), Inc. ("HRI" or "Defendant") (collectively, "the Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

### RECITALS

**WHEREAS,** on April 22, 2024, Plaintiff filed her Complaint against HRI and Defendant Tom Morales ("Morales") in the Superior Court of California, County of San Francisco, entitled *Amy Ladik v. Hard Rock International (USA), Inc.*, *et al.*, Case No. CGC-24-614122; and

**WHEREAS,** on May 24, 2024, HRI timely removed this case to the United States District Court for the Northern District of California; and

**WHEREAS,** on September 4, 2024, the Parties appeared for an Initial Case Management Conference in this matter. As of that date, Defendant Morales had not yet been served. In order to allow Plaintiff additional time to serve Defendant Morales prior to conducting the Initial Case Management Conference, the Court continued that Conference to October 30, 2024 at 1:30 p.m.; and

**WHEREAS,** the Parties recently agreed upon the terms of a Stipulated Protective Order, filed with this Court on October 22, 2024, and on the same date, HRI provided counsel for Plaintiff with additional information to assist in locating and serving Defendant Morales; and

**WHEREAS,** Plaintiff has resumed her efforts through a third-party process server to accomplish service of process on Defendant Morales, but requires additional time to complete those efforts; and

**WHEREAS,** the Parties agree that continuing the Initial Case Management Conference from October 30 to December 40 or December 18, 2024, or as soon thereafter as is convenient for the Court, and extending related deadlines will be in the best interest of all parties and ensure that all Defendants have been served before the Initial Case Management Conference takes place.

### STIPULATION

**NOW, THEREFORE,** the Parties, by and through their respective counsel, hereby **STIPULATE AND AGREE THAT:**

1. The Court continue the Initial Case Management Conference that is currently set for October 30, 2024 to December 40 or December 18, 2024, or the next available date thereafter as the Court deems proper; and

2. The Parties shall jointly file a further status report not later than seven days before the new date set for the scheduling conference.

**IT IS SO STIPULATED, THROUGH THE UNDERSIGNED COUNSEL OF RECORD.**

Dated: October 23, 2024

LABOR LAW PC

_____
Danny Yadidsion
Attorney for Plaintiff AMY LADIK

Dated: October 23, 2024

FISHER & PHILLIPS, LLP

*/s/ Collin D. Cook*
_____
Collin D. Cook
Scarlett Lopez Freeman
Attorneys for Defendant HARD ROCK INTERNATIONAL (USA), INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY LADIK, an individual,<br><br>        Plaintiff,<br><br>  vs.<br><br>HARD ROCK INTERNATIONAL (USA), INC., a Florida corporation; HARD ROCK CAFÉ AMERICA (SAN FRANCISCO), LP, a Delaware limited partnership; TOM MORALES, an individual; and DOES 1-50, inclusive,<br><br>        Defendants. | Case No. 4:24-cv-03174-DMR<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE** |

The Court, having considered the Parties' Joint Stipulation to Continue Briefing and Hearing on Motion for Class Certification, and finding good cause therefore, hereby GRANTS the Joint Stipulation to Continue Briefing and Hearing on Motion for Class Certification and orders as follows:

1. The Further Case Management Conference scheduled for 1:30 p.m. on October 30, 2024 Initial is hereby vacated and continued to  December 18, 2024  at 1:30 p.m. in Oakland, by Videoconference only.  All counsel and parties may access the webinar information (public hearings) at **https://cand.uscourts.gov/judges/ryu-donna-m-dmr/**.

2. No less than seven days before the continued Initial Case Management Conference, the Parties shall jointly file an updated Joint Case Management Conference Statement.

**IT IS SO ORDERED AS MODIFIED.**

Dated: October 24, 2024

_____
HON. DONNA M. RYU
Chief Magistrate Judge