Danny Yadidsion (SBN 260282)
danny@laborlawpc.com
Shelley K. Mack (SBN 209596)
shelley.mack@laborlawpc.com
LABOR LAW PC
100 Wilshire Blvd., Suite 700
Santa Monica, CA 90401
Tel: (310) 494-6082

Attorneys for Plaintiff
AMY LADIK

Collin D. Cook (SBN 251606)
E-Mail: ccook@fisherphillips.com
Jessica A. Taylor (SBN 301708)
E-Mail: jataylor@fisherphillips.com
FISHER & PHILLIPS LLP
One Montgomery Street, Suite 3400
San Francisco, California 94104
Telephone: (415) 490-9000
Facsimile: (415) 490-9001

Attorneys for Defendants
HARD ROCK INTERNATIONAL (USA), INC.
and TOM MORALES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY LADIK, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>HARD ROCK INTERNATIONAL (USA), INC., a Florida corporation; HARD ROCK CAFÉ AMERICA (SAN FRANCISCO), LP, a Delaware limited partnership; TOM MORALES, an individual; and DOES 1-50, inclusive,<br><br>　　　　　　　Defendants. | Case No:  4:24-cv-03174-DMR<br><br>(Superior Court of the State of California, County of San Francisco Case No. CGC-24-614122)<br><br>**JOINT STIPULATION TO CONTINUE TRIAL DATE AND RELATED DEADLINES; ORDER**<br><br>Complaint Filed: April 22, 2024<br>Removed:　　　May 24, 2024<br>Trial Date:　　　April 20, 2026 |

Plaintiff AMY LADIK ("Plaintiff") and Defendants HARD ROCK INTERANTIONAL (USA), INC. and TOM MORALES (together, "Defendants") (collectively the "Parties"), by and through their respective counsel, do hereby stipulate and respectfully request that the Court continue the current April 20, 2026, trial date and all related hearings and deadlines as set forth below.

In support of this stipulation, the Parties state as follows:

WHEREAS, the Court issued its Case Management and Pretrial Order for Jury Trial on December 19, 2024 (Dkt. 33) setting trial in this action for April 20, 2026;

WHEREAS, on July 17, 2025, Attorney for Defendant, Jessica Taylor, filed a Notice of Appearance confirming her representation of Defendant in this action;

WHEREAS, Ms. Taylor has a pre-existing conflict preventing her attendance on the currently scheduled trial dates;

WHEREAS, this scheduling issue has made it impracticable for Defendants to proceed with trial on the dates currently set by the Court;

WHEREAS, the Parties are also engaged in renewed efforts to resolve this case informally, and an extension of the deadline for completing fact discovery will allow the Parties to finalize their discovery without impeding efforts to adequately try to resolve this matter without further litigation, if possible;

WHEREAS, the Parties propose extending the trial date by approximately four (4) months to August 3, 2026 or the Court's first available trial date thereafter, with corresponding adjustments to all pretrial deadlines consistent with the Court's standard intervals and in light of counsels' existing trial schedules in other matters;

WHEREAS, the Parties jointly request that the Court continue the following deadlines as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Non-Expert Discovery Cutoff | November 25, 2025 | March 9, 2026 |
| Designation of Experts | November 25, 2025 | March 9, 2026 |
| Disclosure of Rebuttal Experts | December 9, 2025 | March 23, 2026 |

| | | |
|---|---|---|
| Expert Discovery Cutoff | December 23, 2025 | April 6, 2026 |
| Hearing on Dispositive Motions | January 22, 2026 at 1:00 P.M. | May 7, 2026 at 1:00 P.M. |
| Motions in Limine, Pretrial Statement, Trial Briefs, Voir Dire Questions, Jury Instructions, Verdict Forms, and Discovery Excerpts to be offered at trial | March 20, 2026 | July 2, 2026 |
| Pretrial Objections and Oppositions to Motions in Limine | March 30, 2026 | July 13, 2026 |
| Pretrial Conference | April 8, 2026 | July 22, 2026 at 1:30 PM |
| Hearing on Motions in Limine | April 8, 2026 | July 22, 2026 |
| Jury Trial | April 20, 2026, at 8:30 AM | August 3, 2026 at 8:30 AM |

WHEREAS, no prior trial continuance or extension of related deadlines has been sought by the Parties;

WHEREAS, Federal Rule of Civil Procedure 16(b)(4) requires good cause and judicial consent as prerequisites for modifying a scheduling order; and

WHEREAS, Civil Local Rule 7-12 permits such stipulations to alter dates set by Court order;

IT IS THEREFORE JOINTLY STIPULATED AND AGREED, by and between the Parties through their respective counsel of record, and the Parties respectfully request that the Court enter an order adopting the proposed schedule above, or one reflecting a trial date on a date after August 3, 2026 that is convenient to the Court.

///
///
///
///
///
///
///
///

IT IS SO STIPULATED, THROUGH THE UNDERSIGNED COUNSEL OF RECORD.

Dated: August 13, 2025            LABOR LAW P.C.

By: _/s/ Shelley K. Mack_____
Danny Yadidsion
Shelley K. Mack
Attorneys for Plaintiff
AMY LADIK

Dated: August 13, 2025            FISHER & PHILLIPS LLP

By: _/s/ Jessica A. Taylor_____
Collin D. Cook
Jessica A. Taylor
Attorneys for Defendant
HARD ROCK INTERNATIONAL (USA), INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY LADIK, an individual,<br><br>               Plaintiff,<br><br>    v.<br><br>HARD ROCK INTERNATIONAL (USA), INC., a Florida corporation; HARD ROCK CAFÉ AMERICA (SAN FRANCISCO), LP, a Delaware limited partnership; TOM MORALES, an individual; and DOES 1-50, inclusive,<br><br>               Defendants. | Case No:   4:24-cv-03174-DMR<br><br>(Superior Court of the State of California, County of San Francisco Case No. CGC-24-614122)<br><br>ORDER GRANTING JOINT STIPULATION TO CONTINUE TRIAL DATE AND RELATED DEADLINES |

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the trial date and all related pretrial deadlines are continued as follows:

| Events | Current Deadlines | New Deadlines |
|---|---|---|
| **Non-Expert Discovery Cutoff** | **November 25, 2025** | **March 9, 2026** |
| **Designation of Experts** | **November 25, 2025** | **March 9, 2026** |
| **Disclosure of Rebuttal Experts** | **December 9, 2025** | **March 23, 2026** |
| **Expert Discovery Cutoff** | **December 23, 2025** | **April 6, 2026** |
| **Hearing on Dispositive Motions** | **January 22, 2026 at 1:00 P.M.** | **May 14, 2026 at 1:00 P.M.** |
| **Motions in Limine, Pretrial Statement, Trial Briefs, Voir Dire Questions, Jury Instructions, Verdict Forms, and Discovery Excerpts to be offered at trial** | **March 20, 2026** | **July 6, 2026** |
| **Pretrial Objections and Oppositions to Motions in Limine** | **March 30, 2026** | **July 13, 2026** |
| **Pretrial Conference** | **April 8, 2026** | **July 22, 2026 at 2:00 PM** |
| **Hearing on Motions in Limine** | **April 8, 2026** | **July 22, 2026** |

| | | |
|---|---|---|
| **Jury Trial** | April 20, 2026, at 8:30 AM | August 3, 2026 at 8:30 AM |

  **IT IS FURTHER ORDERED** that all other dates and deadlines previously set by the Court shall remain unchanged unless expressly modified by this Order.

  **IT IS SO ORDERED**.

Dated: August 18, 2025



_____
HON. DONNA M. RYU
CHIEF MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is One Montgomery Street, Suite 3400, San Francisco, California 94104.

On August 13, 2025 I served the foregoing document entitled JOINT STIPULATION TO CONTINUE TRIAL DATE AND RELATED DEADLINES; [PROPOSED ORDER] on all the appearing and/or interested parties in this action addressed as follows:

| | |
|---|---|
| Danny Yadidsion<br>Shelley K. Mack<br>LABOR LAW PC<br>100 Wilshire Blvd., Suite 700<br>Santa Monica, CA 90401 | ***Attorneys for Plaintiff***<br>***Amy Ladik***<br><br>Tel: (310) 494-6082<br>Emails:<br>Danny@laborlawpc.com;<br>Shelley.Mack@laborlawpc.com;<br>Ferdinand.Saornido@laborlawpc.com;<br>Mitzi.Encarnacion@laborlawpc.com;<br>Calendar@laborlawpc.com |

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☒ **[by ELECTRONIC SERVICE]** - Based on a court order or an agreement of the parties to accept service by electronic transmission, I electronically served the document(s) to the person(s) at the electronic service address(es) listed above.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed August 13, 2025 at San Francisco, California.

Lisa Hamann      By: _____
Print Name              Signature

1
CERTIFICATE OF SERVICE

FP 55647039.1